UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," et al<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>Defendant. | Case No: 19-CV-01668-YGR<br><br>DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLANTIFFS' REQUEST FOR JUDICIAL NOTICE<br><br>NOTE ON MOTION CALENDAR:<br><br>Date: OCTOBER 9, 2019<br>Time: 2:00 P.M.<br>Judge: Honorable Yvonne Gonzalez Rogers, United States District Court Judge |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington:

1. I am one of the attorneys representing the Plaintiffs herein.

2. Attached hereto are documents pertinent to the Defendant's Motion to Dismiss the Complaint herein as follow:

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE

**Exhibit 1:** is a true and correct copy of the March 1, 2018 Minute Order Regarding Entry and Acceptance of Guilty Plea filed at ECF 68 in *United States v. Kenneth Breslin*, United States District Court, Northern District of California, No. 4:16-CR-00515-YGR;

**Exhibit 2:** is a true and correct copy of the August 30, 2019 Plea Agreement filed at ECF 67 in *United States v. Kenneth Breslin*, United States District Court, Northern District of California, No. 4:16-CR-00515-YGR;

**Exhibit 3:** is a true and correct copy of the May 31, 2018 Judgment and Appended Stipulation Regarding Restitution and Order filed at ECF 80 in *United States v. Kenneth Breslin*, United States District Court, Northern District of California, No. 4:16-CR-00515-YGR;

**Exhibit 4:** is a true and correct copy of the August 30, 2019 Order Denying Motion to Dismiss filed at ECF 42 in *Amy, et al v. Randall Steven Curtis*, United States District Court, Northern District of California, No. 4:19-CV-02184-PJH;

**Exhibit 5:** is a true and correct copy of the October 19, 2018 Findings and Recommendation filed at ECF 38 in *N.S. v. Steven Douglas Rockett*, United States District Court, District of Oregon, No. 3:16-CV-2171-AC;

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE

**Exhibit 6:** is a true and correct copy of the November 28, 2018 Order filed at ECF 44 in *N.S. v. Steven Douglas Rockett*, United States District Court, District of Oregon, No. 3:16-CV-2171-AC.

DATED this 13th day of September, 2019, at Seattle, Washington.

        CAROL L. HEPBURN, P.S.

        /s Carol L. Hepburn
        Carol L. Hepburn, *Pro Hac Vice*
        200 First Avenue West, #550
        Seattle, WA 98119
        (206) 957-7272
        (206) 957-7273 fax
        carol@hepburnlaw.net
        Attorney for Plaintiffs

DECLARATION OF CAROL L. HEPBURN
IN SUPPORT OF PLAINTIFFS' REQUEST
FOR JUDICIAL NOTICE