John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," et al<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>Defendant. | Case No:   19-CV-01668-YGR<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br><br>Date: OCTOBER 9, 2019<br>Time: 2:00 P.M.<br>Judge: Honorable Yvonne Gonzalez Rogers, |

United States District Court Judge

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs request this Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of the documents listed below and attached to the Declaration of Carol L. Hepburn ("Hepburn Decl.") in support of Plaintiff's Motion for Judicial Notice. Specifically, Plaintiffs request that the Court take judicial notice of the following documents:

**Exhibit 1:** is a true and correct copy of the March 1, 2018 Minute Order Regarding Entry and Acceptance of Guilty Plea filed at ECF 68 in *United States v. Kenneth Breslin*, United States District Court, Northern District of California, No. 4:16-CR-00515-YGR;

**Exhibit 2:** is a true and correct copy of the August 30, 2019 Plea Agreement filed at ECF 36-1 in *United States v. Kenneth Breslin*, United States District Court, Northern District of California, No. 4:16-CR-00515-YGR;

**Exhibit 3:** is a true and correct copy of the May 31, 2018 Judgment and Appended Restitution and Order filed at ECF 80 in *United States v. Kenneth Breslin*, United States District Court, Northern District of California, No. 4:16-CR-00515-YGR;

1  **Exhibit 4:** is a true and correct copy of the August 30, 2019 Order Denying Motion to

2  Dismiss filed at ECF 42 in *Amy, et al  v. Randall Steven Curtis*, United States District Court,

3  Northern District of California, No. 4:19-CV-02184-PJH;

4

5

6  **Exhibit 5:** is a true and correct copy of the October 19, 2018 Findings and

7  Recommendation filed at ECF 38 in *N.S. v. Steven Douglas Rockett*, United States District Court,

8  District of Oregon, No. 3:16-CV-2171-AC;

9

10

11  **Exhibit 6:** is a true and correct copy of the November 28, 2018 Order filed at ECF 44 in

12  *N.S. v. Steven Douglas Rockett*, United States District Court, District of Oregon, No. 3:16-CV-

13  2171-AC.

14

15  ## MEMORANDUM OF POINTS AND AUTHORITIES

16  ### INTRODUCTION

17

18  Plaintiffs' "Lily" et al respectfully request that this Court take judicial notice of three

19  documents filed in the criminal case, *United States v. Kenneth Breslin*, United States District

20  Court, Northern District of California, No. 4:16-CR-00515-YGR, one document filed in the civil

21  case, *Amy, et al  v. Randall Steven Curtis*, United States District Court, Northern District of

22  California, No. 4:19-CV-02184-PJH, and two documents filed in the civil case, *N.S. v. Steven*

23  *Douglas Rockett*, United States District Court, District of Oregon, No. 3:16-CV-2171-AC.

24

25  ### ARGUMENT

26

27  In considering a motion to dismiss brought under Federal Rule of Civil Procedure

28  12(b)(6), a court may consider any matters subject to judicial notice. A matter is subject to

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF THEIR OPPOSITION
TODEFENDANT'S MOTION TO DISMISS
THE COMPLAINT

judicial notice when it is "not reasonably subject to dispute" because it either "(1) is generally

known within the trial court's territorial jurisdiction; or (2) can be accurately and readily

determined from sources who accuracy cannot reasonably be questioned" Fed. R. Evid. 201(b).

A court "must take judicial notice if a party requests it and the court is supplied with the

necessary information." Fed. R. Evid. 201(c)(2).

**CONCLUSION**

For the foregoing reasons, Plaintiffs' respectfully request that the Court grant their

Motion for Judicial Notice in support of their Opposition to Defendant's Motion To Dismiss.

Plaintiffs' have no objection to the Defendant's Motion for Judicial Notice.

Dated this 13ᵗʰ day of September, 2019.

CARPENTER, ZUCKERMAN, & ROWLEY

By   /s John A. Kawai
John A. Kawai
407 Bryant Circle, Suite F
Ojai, CA 93023
805-272-4001
jk@czrlaw.com

CAROL L. HEPBURN, P.S.

By  /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF THEIR OPPOSITION
TODEFENDANT'S MOTION TO DISMISS
THE COMPLAINT

Attorneys for Plaintiffs Lily, Sarah, Skylar, Savannah, Sally, Sierra and Violet

DEBORAH A. BIANCO, PLLC

By_ /s Deborah A. Bianco_____
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Maureen, Pia, Mya, Ava

LENAHAN LAW, PLLC

By_ /s Elaine T. Lenahan_____
Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com
Attorney for Chelsea and Angela

PLAINTIFFS' REQUEST FOR JUDICIAL
NOTICE IN SUPPORT OF THEIR OPPOSITION
TODEFENDANT'S MOTION TO DISMISS
THE COMPLAINT