# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILY, ET AL.,**<br>   Plaintiffs**,**<br> vs.<br>**KENNETH BRESLIN,**<br>   Defendant**.** | CASE NO. 19-cv-01668-YGR<br><br>**ORDER DENYING MOTION TO DISMISS**<br>Re: Dkt. No. 35 |

On October 8, 2019, the Court heard oral argument on defendant's motion to plaintiffs' complaint, which was fully briefed. (Dkt. Nos. 35. 37. 39.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, the Court **DENIES** defendant's motion. (*See* Dkt. No. 41.)

Accordingly, and as noted on the record, defendant **SHALL** file an answer by no later than **October 29, 2019**. Additionally, and as noted on the record, the Court **SETS** an initial case management conference for **Monday, December 2, 2019** on the Court's **2:00 p.m.** calendar in Courtroom 1 of the Federal Courthouse located at 1301 Clay Street in Oakland, California. By **Monday, November 25, 2019**, the parties shall file a joint case management statement in compliance with the Civil Local Rules of the Northern District of California and this Court's Standing Order in Civil Cases.

This Order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: October 9, 2019

                    **YVONNE GONZALEZ ROGERS**
                    **UNITED STATES DISTRICT COURT JUDGE**