John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for "ANGELA" minor, and "ANDY" | Case No:   4:19-cv-01668-YGR<br><br>[PROPOSED] ORDER RE COUNSEL FOR PLAINTIFFS' BEING EXCUSED FROM PERSONALLY OR TELEPHONICALLY APPEARING OR RESPONDING FROM NOVEMBER 5-27, 2019<br><br>*As Modified by the Court* |

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | KENNETH BRESLIN, |
| 4 | |
| 5 | Defendant. |

The Court, having read and considered the parties' Stipulation to Excuse Counsel for Plaintiffs Carol L. Hepburn and Deborah A. Bianco from personally or telephonically appearing or responding from November 5-27, 2019, and for good cause shown hereby **ORDERS** as follows:

- The Court hereby excuses Counsel for Plaintiffs Carol L. Hepburn and Deborah A. Bianco from personally or telephonically appearing or responding from November 5-27, 2019.

- However, the parties and their counsel are deemed to understand that their Case Management Conference Statement is due **November 25, 2019**.

**IT IS SO ORDERED.**

DATED: October 28, 2019.

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE