DAVID S. MARSHALL, Pro Hac Vice
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel: (206) 826-1400
Fax: (206) 826-1462
Email: david@marshalldefense.com
of Attorneys for Defendant

MARK GOLDROSEN
255 Kansas St.
Suite 340
San Francisco, CA 94103
Tel: (415)565-9600
Email: markgoldro@aol.com
of Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>    Defendant. | NO.  19-cv-01668-YGR<br><br>ANSWER TO PLAINTIFFS' COMPLAINT<br><br>Before the Honorable Yvonne Gonzalez Rogers,<br>U.S. District Court Judge<br><br>**DEMAND FOR JURY TRIAL** |

Defendant here replies to Plaintiffs' Complaint, filed March 30, 2019.  He does so in paragraphs numbered to correspond to the numbered paragraphs in the Complaint.

1.    Admitted.

2.    This paragraph contains no assertions of fact and therefore requires no response.

3.    Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

ANSWER TO PLAINTIFFS' COMPLAINT
Page 1.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

4.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

5.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

6.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

7.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

8.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

9.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

10. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

11. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

12. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

13. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

14. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

15. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

16.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

17.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

18.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

19.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

20.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

21.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

22.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

23.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

24.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

25.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

26.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

27.  Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

ANSWER TO PLAINTIFFS' COMPLAINT
Page 3.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

28. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

29. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

30. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

31. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

32. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

33. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

34. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

35. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

36. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

37. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

38. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

39. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

40. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

41. Admitted.

42. Admitted.

43. This paragraph contains no assertions of fact and therefore requires no response.

44. This paragraph contains no assertions of fact and therefore requires no response.

45. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

46. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

47. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

48. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

49. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

50. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

51. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

52. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

53. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

ANSWER TO PLAINTIFFS' COMPLAINT
Page 5.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

54.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

55.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

56.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

57.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

58.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

59.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

60.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

61.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

62.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

63.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

64.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

65.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

ANSWER TO PLAINTIFFS' COMPLAINT
Page 6.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

66. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

67. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

68. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

69. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

70. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

71. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

72. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

73. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

74. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

75. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

76. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

77. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

78.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

79.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

80.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

81.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

82.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

83.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

84.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

85.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

86.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

87.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

88.   Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

89.   Admitted.

90.   Admitted.

ANSWER TO PLAINTIFFS' COMPLAINT
Page 8.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

91. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

92. Admitted.

93. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

94. Admitted that Defendant plead guilty to all counts of the superseding indictment on March 1, 2018 and was later sentenced. Otherwise, denied.

95. This paragraph contains no assertions of fact and therefore requires no response.

96. This paragraph contains no assertions of fact and therefore requires no response.

97. This paragraph contains no assertions of fact and therefore requires no response.

98. Defendant repeats and re-alleges all prior paragraphs.

99. This paragraph contains no assertions of fact and therefore requires no response.

100. Admitted.

101. This paragraph contains no assertions of fact and therefore requires no response.

102. Admitted that Defendant pleaded guilty to knowingly possessing material containing images of child pornography in violation of federal child pornography laws. Otherwise, denied.

103. Defendant does not have information sufficient to form a belief as to the truth of these allegations and therefore denies them.

104. This paragraph contains no assertions of fact and therefore requires no response.

**PRAYER FOR RELIEF**

105. Answering Plaintiffs' prayer for relief, Defendant denies liability and denies that any Plaintiff has been injured or damaged by Defendant's conduct in any way or in any amount and further denies that any Plaintiff is entitled to relief in any form.

ANSWER TO PLAINTIFFS' COMPLAINT
Page 9.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

106. This paragraph contains no assertions of fact and therefore requires no response.

107. This paragraph contains no assertions of fact and therefore requires no response.

108. This paragraph contains no assertions of fact and therefore requires no response.

109. This paragraph contains no assertions of fact and therefore requires no response.

110. This paragraph contains no assertions of fact and therefore requires no response.

111. This paragraph contains no assertions of fact and therefore requires no response.

## AFFIRMATIVE DEFENSES

Defendant alleges the following affirmative defenses to Plaintiffs' Complaint.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

112. Defendant alleges that Plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE
### (Third Party Liability)

113. Defendant alleges that all emotional, mental, and physical injuries suffered by Plaintiffs were caused at least in part by the acts and omissions of persons and entities other than Defendant.

### THIRD AFFIRMATIVE DEFENSE
### (Causation)

114. Defendant alleges that no act by him is or was the cause-in-fact or proximate cause of any damages otherwise recoverable or suffered by Plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

115. Defendant alleges that Plaintiffs "Skylar," "Savannah," "Sally," "Sierra," "Violet," "Pia," "Mya," "Ava," "Fiona," "Tori," "Maureen," "Amy," "Erin," "Casseaopeia," "Erika," "Jenny," "Chelsea," "Angela," and "Andy" have been paid in full for all monies due and that

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

the parties have thus achieved a full accord and satisfaction with respect to those claims asserted against Defendant.

### FIFTH AFFIRMATIVE DEFENSE
### (Unjust Enrichment)

116. Defendant alleges that each Plaintiff is barred from recovery because allowing any recover would result in Plaintiffs' unjust enrichment.

### SIXTH AFFIRMATIVE DEFENSE
### (Fifth Amendment)

117. Defendant alleges that 18 U.S.C. § 2255 is unconstitutional under the Fifth Amendment to the United States Constitution.

### SEVENTH AFFIRMATIVE DEFENSE
### (Eighth Amendment)

118. Defendant alleges that 18 U.S.C. § 2255(a) is unconstitutional under the Eighth Amendment to the United States Constitution.

### EIGHTH AFFIRMATIVE DEFENSE
### (Set-off)

119. Defendant alleges he is entitled to a set-off for monies obtained by Plaintiffs and each of them for the damages they assert in this lawsuit.

### NINTH AFFIRMATIVE DEFENSE
### (Unstated Defenses)

120. Defendant alleges that at present he possesses insufficient knowledge and information upon which to form a belief as to whether he may have additional affirmative defenses that discovery or further investigation will establish. Defendant therefore reserves the right to assert additional affirmative defenses as revealed by discovery or further investigation.

WHEREFORE, Defendant Kenneth Breslin prays for judgment as follows:

1. That judgment be entered in favor of Kenneth Breslin;

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462

1    2. That Plaintiffs and each of them be awarded nothing;

2    3. That Defendant Kenneth Breslin be awarded reasonable attorneys' fees and costs and

3    expenses of suit and defense; and

4    4. For such other relief as this Court may deem just and proper.

5    DATED this ___29th___ day of October, 2019.

6                                    THE MARSHALL DEFENSE FIRM

7

8                                    /S/
                                     _____
9                                    DAVID S. MARSHALL, Pro Hac Vice
                                     of Attorneys for Defendant, WSBA No. 11716
                                     1001 Fourth Avenue, Suite 4400
10                                   Seattle, WA 98154
                                     david@marshalldefense.com
11

12

13                                   _____
                                     MARK GOLDROSEN
14                                   of Attorneys for Defendant
                                     255 Kansas St., Suite 340
15                                   San Francisco, CA 94103
                                     Tel: (415)565-9600
16                                   Email: markgoldro@aol.com

17   //

18   //

19

20

21

22

23

24

25   ANSWER TO PLAINTIFFS' COMPLAINT                  Attorneys-at-Law
     Page 12.                                   THE MARSHALL DEFENSE FIRM
26                                               1001 Fourth Avenue, 44th Floor
                                                Seattle, Washington 98154-1192
                                                  Telephone (206)826-1400
                                                      Fax (206)826-1462

1

**DEMAND FOR JURY TRIAL**

2      Pursuant to Fed. R. Civ. P. 38, Defendant Kenneth Breslin hereby demands a jury trial as to all

3  issues that may be so tried.

4      DATED this 29th day of October, 2019.

5                                              THE MARSHALL DEFENSE FIRM

6

7                                               /S/

8                                              _____
                                               DAVID S. MARSHALL, Pro Hac Vice

9                                              1001 Fourth Avenue, Suite 4400
                                               Seattle, WA 98154

10                                             Tel: (206) 826-1400
                                               Fax: (206) 826-1462

11                                             Email: david@marshalldefense.com
                                               of Attorneys for Defendant

12

13                                             _____

14                                             MARK GOLDROSEN
                                               255 Kansas St., Suite 340

15                                             San Francisco, CA 94103
                                               Tel: (415)565-9600

16                                             Email: markgoldro@aol.com
                                               of Attorneys for Defendant

17

18

19

20

21

22

23

24

25

26

---

ANSWER TO PLAINTIFFS' COMPLAINT
Page 13.

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462