IN THE STATE OF ▮▮▮ COUNTY OF ▮▮▮
EXEMPLIFIED CERTIFICATE

I, ▮▮▮, Chief Deputy Clerk, and by virtue of the laws of the State of ▮▮▮, for said County, do hereby certify that the annexed and foregoing is a true correct copy of the file information In re the Settlement of "Violet" A Minor in ▮▮▮ County Cause No. ▮▮▮ as the same now appearing on file and of record in the office of the County Clerk.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this  4th Day of  March , 2020.

_____
Chief Deputy Clerk of the Superior Court

~~~~~

I, ▮▮▮, JUDGE of the SUPERIOR COURT in the County of ▮▮▮ in and for the State of ▮▮▮ and duly commissioned and qualified as Judge of said Court, which is a Court of Record, do hereby certify that ▮▮▮ who signed the foregoing Certificate is a duly commissioned and qualified Chief Deputy Clerk in and for the Superior Court for said County and State that the signature thereto is genuine, and that the said attestation is in due and proper form, and that the acts of said Teri Owen as Chief Deputy Clerk are entitled to full faith and credit.

IN WITNESS WHEREOF, I have hereunto signed my official name this   4th   Day of   March  , 2020.

_____
Judge of the Superior Court

~~~~~

I, ▮▮▮ Chief Deputy Clerk of the Superior Court in the County of ▮▮▮, in and for the State of ▮▮▮ do hereby certify that the Honorable ▮▮▮, whose name appears on the foregoing certificate, is and was at the time of signing the same, the duly commissioned and qualified Judge in and for the County of ▮▮▮ and State of ▮▮▮ which is the court of record, and that the signature to said Certificate is genuine, and the attestation thereto is in due and proper form.

IN WITNESS WHEREOF, I have hereunto signed my name and affixed my seal of office this    4th    Day of    March   , 2020.

_____
County Superior Court Chief Deputy Clerk

| | |
|---|---|
| The document to which this certificate is attached is a full, true and correct copy of the original on file and of record my office. IN ▓▓▓▓ e hereunto set my hand and affix the ▓▓▓ ay of ▓▓▓, 20 20. ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ County Clerk and Clerk of the Superior Court of the State of ▓▓▓ in and for the county of ▓▓▓ by ╳╳╳╳, Deputy | HEARING DATE: December 21, 2015<br><br>**RECEIVED & FILED**<br><br>DEC 2 1 2015    ③<br><br>▓▓▓▓ Clerk of the Superior Court of ▓▓▓ Co ▓▓ |

IN THE SUPERIOR COURT OF THE STATE OF ▓▓▓
IN AND FOR THE COUNTY OF ▓▓▓

| | |
|---|---|
| In re the Settlement of "Violet"<br><br>A Minor. | NO. ▓▓▓▓▓▓▓▓▓▓<br><br>ORDER APPOINTING SETTLEMENT GUARDIAN AD LITEM ~~MASTER~~ FOR "VIOLET"<br><br>CLERKS ACTION REQUIRED |

THIS MATTER having come on the petition of "Violet" to appoint a Settlement Guardian Ad Litem Master and the Court having reviewed Petition for Order Appointing Settlement Guardian Ad Litem Master Purusant to SPR 98.16W and Declaration of Parent in Support of Petition for Order Appointing Settlement Guardian Ad Litem Master Purusant to SPR 98.16W, this Court hereby finds that:

1. Because of the sensitive nature of the subject matter of this action, and because disclosure of her identity together with the history disclosed in this matter would be highly offensive to a reasonable person such that her personal privacy would be unreasonably invaded, it is appropriate that the minor child be known by a pseudonym herein such as "Violet".

2. William L. E. Dussault meets the requirements of SPR 98.16W(c)(2) ~~and he should be given independent authority to approve settlements of $25,000 or less as they arise without bringing each individual settlement back to the court for approval.~~

~~[PROPOSED]~~ ORDER APPOINTING
SETTLEMENT GUARDIAN AD LITEM MASTER
FOR "VIOLET" -1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW

THEREFORE IT IS HEREBY ORDERED THAT:

1. The minor child shall be known by the pseudonym "Vio let" herein.

2. William L. E. Dussault is appointed as a Settlement Guardian Ad Litem ~~Master~~ for the minor known as "Violet" and he shall have all of the duties, powers and authorities as are granted under the ▪▪▪▪ State Rules of Court, Rules of Superior Court, Special Proceedings Rule 98.16W and including but not limited to the authority to evaluate any settlement proposals and make recommendations to the Court as to the appropriatemess of such proposals and the appropriate method for managing the proceeds therof for settlement of any individual restitution request or civil matter ~~under the amount of $25,000.00~~.

3. William L. E. Dussault, as Settlement Guardian Ad Litem Master herein is authorized to expend __20__ hours of time in conducting his duties and initial evaluation of the minor, her condition and losses and the general nature of the cases, ~~and approval of settlements,~~ and he may do so charging a fee at his usual hourly billing rate for legal services of $325.00 per hour. Should additional time be needed, he may petition the court for authority to expend additional time for a fee.

4. ~~William L. E. Dussault, as Settlement Guardian Ad Litem Master herein is authorized to approve settlements of restitution requests made on behalf of the minor as described herein. Approval of the Settlement Guardian Ad Litem Master for settlements of $25,000.00 or less shall be considered equivalent to approval by the Court.~~

5. Upon resolution of restitution requests ~~resulting in orders being entered awarding amounts totaling $25,000.00~~ whether by settlement or judgment, the

[~~PROPOSED~~] ORDER APPOINTING
SETTLEMENT GUARDIAN AD LITEM MASTER
FOR "VIOLET" -2



1. ~~Settlement~~ Guardian Ad Litem ~~Master~~ shall prepare and present a Report to the Court pursuant to SPR 98.16W.

    6. Counsel for Petitioner, Carol L. Hepburn is hereby authorized to continue to represent and to appear as counsel on behalf of the minor "Violet" in all matters relating to requests of restitution and pursuit of civil damages which may be recoverable as a result of her victimization in such crimes as are at issue herein.

    7. ~~_____~~

    DATED this 21st day of December, 2015.

    [redacted]

    PRESENTED BY:

    CAROL L. HEPBURN, P.S.

    _____
    Carol L. Hepburn, WSBA No. 8732
    Attorneys for "Violet"

[~~PROPOSED~~] ORDER APPOINTING
SETTLEMENT GUARDIAN AD LITEM MASTER
FOR "VIOLET" -3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273