1  John A. Kawai, CSBN 260120
   CARPENTER, ZUCKERMAN & ROWLEY
2  407 Bryant Circle, Suite F,
   Ojai, CA 93023
3  Tel:  (805) 272-4001
   Fax: (805) 719-6858
4  Email: team3@czrlaw.com

5  Deborah A. Bianco, *Pro Hac Vice*
   14535 Bel-Red Road, #201
6  Bellevue, WA 98007
   (425) 747-4500
7  Email: deb@debbiancolaw.com

8  Carol L. Hepburn, *Pro Hac Vice*
   200 First Avenue West, #550
9  Seattle, WA  98119
   Tel: 206) 957-7272
10 Fax: (206) 957-7273
   Email: carol@hepburnlaw.net
11
   Elaine T. Lenahan, *Pro Hac Vice*
12 2655 Villa Creek, Suite 204
   Dallas, Texas 75234
13 Phone: 214-584-6664
   Email: elaine@lenahanlaw.com
14
15 Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO. 4:19-CV-01668-YGR<br><br>DECLARATION OF JANE DOE IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT AGREEMENT<br><br>Date:<br>Time:<br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SKYLAR AND SAVANNAH
- 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  "ANGELA" minor, and "ANDY"
2                              Plaintiffs,
3  v.
4  KENNETH BRESLIN,
5                              Defendant.

6  I, Jane Doe, hereby declare as follows:

7  1. I, Jane Doe, am the mother of the minor plaintiffs "Skylar" and "Savannah" herein and am the person known as "Jane Doe" in this matter. I have been appointed, along with my husband, as co-conservator for the interests of each Skylar and Savannah by the court in our home county. A copy of the court's exemplified order appointing myself as co-conservator for "Skylar" is attached to this declaration as Exhibit 1, and a copy of the court's exemplified order appointing myself as co-conservator for "Savannah" is attached to this declaration as Exhibit 2. I make this declaration in support of the joint motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughters have been represented by Ms. Hepburn since 2015 in matters relating to their rights as victims of child pornography crimes. Ms. Hepburn and I have discussed many times the nature of the claims which may be made on their behalf. We have also discussed several times the processes involved in proceeding to trial with a civil claim.

3. I have reviewed the motion and the declarations of Carol L. Hepburn, John Kawai, Deborah Bianco, Elaine T. Lenahan, and David Marshall, attorney for Defendant Kenneth Breslin, supporting the joint motion to approve the settlement. It is my understanding that each of the plaintiffs including my two daughters would receive an equal pro-rata portion of the gross proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the litigation.

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SKYLAR AND SAVANNAH
- 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

of the proposed settlement of the claims herein.

2. My daughters have been represented by Ms. Hepburn since 2015 in matters relating to their rights as victims of child pornography crimes. Ms. Hepburn and I have discussed many times the nature of the claims which may be made on their behalf. We have also discussed several times the processes involved in proceeding to trial with a civil claim.

3. I have reviewed the motion and the declarations of Carol L. Hepburn, John Kawai, Deborah Bianco, and David Marshall, attorney for Defendant Kenneth Breslin, supporting the joint motion to approve the settlement. It is my understanding that each of the plaintiffs including my two daughters would receive an equal pro-rata portion of the gross proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the litigation.

4. I believe that the proposed settlement is a fair and reasonable one in that it provides a certain recovery to each of the plaintiffs in the near term without the expenditure of additional costs for trial and for collection.

5. I am in agreement with the allocation of one third of the gross recovery for attorneys' fees in this matter. At the outset of our engaging Ms. Hepburn to represent our daughters, my husband and I entered into a fee agreement providing for a one third contingency fee together with reimbursement of reasonable out of pocket costs which she might expend. Our home county court also approved this fee agreement in the course of our conservatorship action.

6. I have reviewed the listing of costs expended in this matter totaling $3,505.00 and have no objection to reimbursement of this amount on a pro-rata basis. I understand that my daughters would each receive [redacted] and I am in agreement with this resolution.

7. As ordered by the court in our conservatorship action, all monies received on behalf of our daughters, and including any funds coming from the resolution of this case, are place in a blocked account. We are required to report to the court each year concerning all deposits and to provide documentation concerning the activity in the account and the balance. No withdrawals are allowed without an authorizing order of the court. Attached hereto as Exhibits 1 and 2 are the orders of the court appointing my husband and I as co-conservators and establishing the rules for handling funds received for our daughters.

8. I ask on behalf of my daughters that the court approve this settlement as proposed in the joint motion.

//
//
//

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 29 day of September, 2020.

[signature redacted]
Jane Doe, co-conservator and mother of Skylar and Savannah

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SKYLAR AND SAVANNAH - 1