John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

James R. Marsh, *Pro Hac Vice*
31 Hudson Yards, 11th Floor
New York, New York 10001
Phone: (929)232-3235
Email: jamesmarsh@marsh.law

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, | NO. 4:19-CV-01668-YGR<br><br>DECLARATION OF JANE JONES IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT AGREEMENT<br><br>Date:<br>Time: |

DECLARATION OF JANE JONES IN SUPPORT
OF JOINT MOTION TO APPROVE MINOR
SETTLEMENT FOR FIONA - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

| | |
|---|---|
| JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for "ANGELA" minor, and "ANDY"<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>Defendant. | Before the Honorable Judge Yvonne Gonzalez Rogers<br>United States District Court Judge |

I, Jane Jones, hereby declare as follows:

1. I, Jane Jones, am the mother of the plaintiff "Fiona" herein and am the person known as "Jane Jones" in this matter. I am the exclusive legal guardian for Fiona, appointed by the court in our home county. I make this declaration in support of the joint motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughter has been represented by James R. Marsh since 2013 in matters relating to her rights as a victim of child pornography crimes. Mr. Marsh and I have discussed the nature of the claims which may be made on her behalf. We have also discussed the processes involved in proceeding to trial with a civil claim. My daughter is now an adult.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 5  day of November, 2020.



Jane Jones as former legal guardian and mother of Fiona

DECLARATION OF JANE JONES IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT FOR FIONA - 2

CAROL L. HEPBURN, P.S,
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273