1  John A. Kawai, CSBN 260120
   CARPENTER, ZUCKERMAN & ROWLEY
2  407 Bryant Circle, Suite F,
   Ojai, CA 93023
3  Tel: (805) 272-4001
   Fax: (805) 719-6858
4  Email: team3@czrlaw.com

5  Deborah A. Bianco, *Pro Hac Vice*
   14535 Bel-Red Road, #201
6  Bellevue, WA 98007
   (425) 747-4500
7  Email: deb@debbiancolaw.com

8  Carol L. Hepburn, *Pro Hac Vice*
   200 First Avenue West, #550
9  Seattle, WA  98119
   Tel: 206) 957-7272
10 Fax: (206) 957-7273
   Email: carol@hepburnlaw.net
11
   Elaine T. Lenahan, *Pro Hac Vice*
12 2655 Villa Creek, Suite 204
   Dallas, Texas 75234
13 Phone: 214-584-6664
   Email: elaine@lenahanlaw.com
14
15 Attorneys for Plaintiffs.

16                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO. 4:19-CV-01668-YGR<br><br>DECLARATION OF JANE ROE IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT AGREEMENT<br><br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

25

DECLARATION OF JANE ROE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENT FOR PIA- 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

|   |   |
|---|---|
| 1 | "ANGELA" minor, and "ANDY" |
| 2 | Plaintiffs, |
|   | v. |
| 3 |   |
| 4 | KENNETH BRESLIN, |
| 5 | Defendant. |

I, Jane Roe, hereby declare as follows:

1. I, Jane Roe, am the mother of the minor plaintiff "Pia" herein and am the person known as "Jane Roe" in this matter. I am the exclusive legal guardian for Pia, appointed by the court in our home county. I make this declaration in support of the joint motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughters Ava and Mya were both minors when this lawsuit began. They have since become adults. My daughter Pia is still a minor.

3. My daughter Pia has been represented by Ms. Hepburn and Ms. Bianco since 2016 in matters relating to her rights as a victim of child pornography crimes. Ms. Hepburn, Ms. Bianco and I have discussed the nature of the claims which may be made on her behalf. We have also discussed the processes involved in proceeding to trial with a civil claim.

4. I have reviewed the motion and the declarations of Carol L. Hepburn, Deborah Bianco, John Kawai, Elaine T. Lenahan, and David Marshall, attorney for the defendant, Kenneth Breslin, supporting the joint motion to approve the settlement. It is my understanding that each of the plaintiffs including my daughter would receive an equal pro-rata portion of the gross proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the litigation.

DECLARATION OF JANE ROE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENT FOR PIA- 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

5. I believe that the proposed settlement is a fair and reasonable one in that it provides a certain recovery to each of the plaintiffs in the near term without the expenditure of additional costs for trial and for collection.

6. I am in agreement with the allocation of one third of the gross recovery for attorneys' fees in this matter. At the outset of my engaging Ms. Hepburn and Ms. Bianco to represent my daughter, I entered into a fee agreement providing for a one third contingency fee together, payable to Ms. Hepburn and Ms. Bianco jointly, with reimbursement of reasonable out of pocket costs which they might expend. I further understand that it was necessary for Ms. Bianco and Ms. Hepburn to associate with Mr. Kawai, as local counsel, in order to file this lawsuit, and that Mr. Kawai will be entitled to share in the one-third contingency fee.

7. I have reviewed the listing of total costs expended in this matter totaling $3,505.00 and have no objection to reimbursement of this amount.

8. All monies received on behalf of my daughter, Pia, and including any funds coming from the resolution of this case, are placed into an account for her benefit. All funds are used solely for her benefit. I have no objection to placing funds from this action in a blocked account for her benefit that will have no withdrawals without court order until she reaches 18 years old. I ask that I or my attorneys be allowed to choose the bank.

9. I ask on behalf of my daughter, Pia, that the court approve this settlement as proposed in the joint motion.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

11/5/2020
DATED this ___ day of November, 2020.



Jane Roe as legal guardian and mother of Pia

DECLARATION OF JANE ROE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENT FOR PIA- 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273