1  John A. Kawai, CSBN 260120
   CARPENTER, ZUCKERMAN & ROWLEY
2  407 Bryant Circle, Suite F,
   Ojai, CA 93023
3  Tel:  (805) 272-4001
   Fax: (805) 719-6858
4  Email: team3@czrlaw.com

5  Deborah A. Bianco, *Pro Hac Vice*
   14535 Bel-Red Road, #201
6  Bellevue, WA 98007
   (425) 747-4500
7  Email: deb@debbiancolaw.com

8  Carol L. Hepburn, *Pro Hac Vice*
   200 First Avenue West, #550
9  Seattle, WA  98119
   Tel: 206) 957-7272
10 Fax: (206) 957-7273
   Email: carol@hepburnlaw.net
11
   James R. Marsh, *Pro Hac Vice*
12 31 Hudson Yards, 11th Floor
   New York, New York 10001
13 Phone: (929)232-3235
   Email: jamesmarsh@marsh.law
14
   Elaine T. Lenahan, *Pro Hac Vice*
15 2655 Villa Creek, Suite 204
   Dallas, Texas 75234
16 Phone: 214-584-6664
   Email: elaine@lenahanlaw.com
17

18 Attorneys for Plaintiffs.

19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| 21 "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, | NO.  4:19-CV-01668-YGR<br><br>DECLARATION OF JANE SMTIH IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT AGREEMENT<br><br>Date:<br>Time: |

DECLARATION OF JANE SMITH IN SUPPORT
OF JOINT MOTION TO APPROVE MINOR
SETTLEMENT FOR TORI - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

| | |
|---|---|
| JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for "ANGELA" minor, and "ANDY"<br><br>                            Plaintiffs,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>                            Defendant. | Before the Honorable Judge Yvonne Gonzalez Rogers<br>United States District Court Judge |

I, Jane Smith, hereby declare as follows:

1. I, Jane Smith, am the mother of the plaintiff "Tori" herein and am the person known as "Jane Smith" in this matter. I am the exclusive legal guardian for Tori, appointed by the court in our home county. I make this declaration in support of the joint motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughter has been represented by James R. Marsh since 2016 in matters relating to her rights as a victim of child pornography crimes. Mr. Marsh and I have discussed the nature of the claims which may be made on her behalf. We have also discussed the processes involved in proceeding to trial with a civil claim. My daughter is now an adult.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 29 day of October, 2020.


AKA Jane Smith (Oct 29, 2020 18:15 EDT)
Jane Smith as former legal guardian and mother of Tori

DECLARATION OF JANE SMITH IN SUPPORT
OF JOINT MOTION TO APPROVE MINOR
SETTLEMENT FOR TORI - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273