John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO. 4:19-CV-01668-YGR<br><br>DECLARATION OF JOHN DOE IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT AGREEMENT<br><br>Date:<br>Time:<br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

"ANGELA" minor, and "ANDY"

                Plaintiffs,

v.

KENNETH BRESLIN,

                Defendant.

I, John Doe, hereby declare as follows:

1. I, John Doe, am the father of the minor plaintiffs "Sally" and "Sierra" herein and am the person known as "John Doe" in this matter. I have been appointed, along with my wife, as co-conservator for the interests of each Sally and Sierra by the court in our home county. . A copy of the court's exemplified order appointing myself as co-conservator for "Sierra" is attached to this declaration as Exhibit 1, and a copy of the court's exemplified order appointing myself as co-conservator for "Sally" is attached to this declaration as Exhibit 2. I make this declaration in support of the joint motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughters have been represented by Ms. Hepburn since 2015 in matters relating to their rights as victims of child pornography crimes. Ms. Hepburn and I have discussed many times the nature of the claims which may be made on their behalf. We have also discussed several times the processes involved in proceeding to trial with a civil claim.

3. In the months since this lawsuit was filed, my daughter Sierra turned 18 years old. Though Sierra has reached the age of majority, my wife and I have filed a guardianship petition for her in our home county as she is incapable of taking care of herself due to the emotional injuries she has faced stemming from the subject matter of this lawsuit.

4. I have reviewed the motion and the declarations of Carol L. Hepburn, John Kawai, Elaine T. Lenahan, and David Marshall, attorney for Defendant Kenneth Breslin,

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  supporting the joint motion to approve the settlement. It is my understanding that each of the
2  plaintiffs including my two daughters would receive an equal pro-rata portion of the gross
3  proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the
4  litigation.

5      5.   I believe that the proposed settlement is a fair and reasonable one in that it
6  provides a certain recovery to each of the plaintiffs in the near term without the expenditure of
7  additional costs for trial and for collection.

8      6.   I am in agreement with the allocation of one third of the gross recovery for
9  attorneys' fees in this matter. At the outset of our engaging Ms. Hepburn to represent our
10 daughters, my wife and I entered into a fee agreement providing for a one third contingency fee
11 together with reimbursement of reasonable out of pocket costs which she might expend. Our
12 home county court also approved this fee agreement in the course of our conservatorship
13 action.

14     7.   I have reviewed the listing of costs expended in this matter totaling $3,505.00
15 and have no objection to reimbursement of this amount.

16     8.   As ordered by the court in our conservatorship action, all monies received on
17 behalf of our daughters, and including any funds coming from the resolution of this case, are
18 place in a blocked account. We are required to report to the court each year concerning all
19 deposits and to provide documentation concerning the activity in the account and the balance.
20 No withdrawals are allowed without an authorizing order of the court. The conservatorship for
21 each of the girls lasts until they are twenty-one. Attached hereto as Exhibits 1 and 2 are the
22 orders of the court appointing my wife and I as co-conservators and establishing the rules for
23 handling funds received for our daughters.

24     9.   I ask on behalf of my daughters that the court approve this settlement as
25 proposed in the joint motion.

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  I hereby declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct to the best of my knowledge.

4  DATED this ___ day of June, 2020.

_____
John Doe, co-conservator and father to
Sally and Sierra

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 4

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

DATED this 28 day of September, 2020.

███████████████████

John Doe, co-conservator and father to Sally and Sierra

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 4

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273