UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY, ET AL.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>　　　Defendant. | NO. 19-cv-01668-YGR<br><br>DECLARATION OF MARY DOE IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS MARY DOE<br><br>Before the Honorable Yvonne Gonzalez Rogers,<br>U.S. District Court Judge |

　　　MARY DOE hereby declares the following to be true and correct under penalty of perjury and the laws of the State of California and the United States of America:

1. I am the adult mother of the Plaintiff known as "Angela" in this matter.

2. I have been working with "Angela's" attorneys on her behalf since 2014, and I have pursued actions on "Angela's" behalf, based on her best interest. Since turning 18 in November 2019, "Angela" has elected to continue to have Elaine Lenahan and the Lenahan Law Firm, PLLC, represent her in this and other matters.

3. Elaine Lenahan and Lenahan Law Firm, PLLC, have been representing "Angela's" interests with regard to the child sexual exploitation images of her which are circulating on the internet.

4. "Angela" is the pseudonym that she uses for purposes of all court matters and/or proceedings concerning these images.

5. This Court approved the use of a pseudonym ("Angela") for my daughter in this matter.

6. As Angela has matured, we have discussed the fact that images of her exploitation are in circulation on the internet and the dark web, and we have also discussed the various remedies available to her.

7. Angela is no longer a minor, and accordingly no longer requires me to act as 'Next Friend'.

8. I am respectfully requesting the Court to dismiss me as Angela's Next Friend, and to allow Angela to appear on her own behalf in this matter.

DATED this 21st day of July, 2020.

*Mary Doe*
Mary Doe, Next Friend for "Angela"