John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: jk@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice Admitted*
PO Box 6503
Bellevue, WA 98008
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice Admitted*
PO Box 17718
Seattle, WA 98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice Admitted*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs


David S. Marshall, *Pro Hac Vice Admitted*
MARSHAL DEFENSE FIRM
1001 Fourth Avenue, Suite 4400
Seattle, WA. 98154
Phone: 206-826-1400
Email: david@marshalldefense.com

Mark Stuart Goldrosen
Law Offices of Mark S. Goldrosen
255 Kansas Street, Suite 340
San Francisco, CA. 94103
415-565-9601
Email: markgoldro@aol.com

Attorneys for Defendant

JOINT ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF MOTION APPROVE MINOR
SETTLEMENTS - 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for "ANGELA" minor, and "ANDY"<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>Defendant. | NO. 4:19-cv-01668-YGR<br><br>JOINT ADMINISTRATIVE MOTION TO SEAL PORTIONS OF MOTION TO APPROVE MINOR SETTLEMENTS<br><br>Date: February 23, 2021<br>Time: 2:00 p.m.<br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

**MOTION**

The parties have reached a tentative settlement. Some of the Plaintiffs are still minors and must file a motion requesting court approval of the proposed settlement. Because this matter concerns child sex abuse, the Plaintiffs have been given permission to proceed via pseudonym in this matter pursuant to prior court order. The parties jointly request redaction from the public record of that motion certain information concerning Plaintiffs: their legal identities, the identities of their family members, their physical location, and the amount of their settlements, and certain information concerning Defendant: information concerning his financial status.

They agree with the terms of this settlement and respectfully ask the court to allow them to execute settlement documents on their own behalf

**FACTS**

"Skylar," "Savannah," "Sally," "Sierra," "Violet," and "Pia," are survivors of multiple child sex abuse material (CSAM) crimes. Plaintiffs Mya, Ava, Fiona, Tori and Angela were minors at the time of the filing of this lawsuit, but have since reached the age of majority. This action is brought against a man convicted of possession of images of child sex abuse which include such images of each of the Plaintiffs.

At the outset of this matter the court granted the Plaintiffs' motion to proceed via pseudonyms.

The images of all of the Plaintiffs are still prolifically traded on the internet. "Skylar," "Savannah," "Sally," "Sierra," "Violet," and "Pia," are currently experiencing periods of developmental and emotional distress and their families are extremely concerned for their welfare.

Counsel for "Skylar," "Savannah," "Sally," "Sierra," "Violet," and "Pia," also represent other victims of child pornography crimes who have been stalked on the internet as verified by criminal conviction and by multiple emails received from strangers concerning their child sex abuse material (hereinafter "CSAM".) Chatter on the internet has included comments about funds received by victims through court proceedings. Counsel for these minors continue to receive multiple notices of new prosecutions weekly involving CSAM for each of these minors, and for all of the Plaintiffs, indicating the continued trafficking in their images by offenders.

The Joint Motion for Approval of Minor Settlements filed contemporaneously herewith is supported by documents which contain the legal names of these children and their parents as well as

physical locations.  Counsel has proposed in her declaration supporting the instant motion redaction of the legal names of the victims and their family members, as well as the information providing the counties of their residence.  This location redaction is proposed to shield the minors from the attempts of any offenders to contact them in person.

The Joint Motion for Approval of Minor Settlements contains the amount of the settlement funds to be received by the minors which should be redacted.

The redactions proposed would protect "Skylar," "Savannah," "Sally," "Sierra," "Violet," and "Pia," from revelation of their true identities and locations in the public record.  Revelation of "Skylar," "Savannah," "Sally," "Sierra," "Violet," and "Pia's" true identities and locations in the public record would subject them to the possibility of further serious emotional harm through either the actual contact from the offenders who consume their CSAM images and videos, or fear of the potential for such contact.  Coupling their identities and location with information of receipt of settlement funds only exacerbates the problem for these vulnerable children and their families.

Documents supporting the motion also contain information concerning the Defendant's financial matters.  This information is private and would not otherwise be in the public domain but for the fact of a number of the Plaintiffs being minors and the claims herein being uninsured losses. Defendant has a privacy right in the confidentiality of his financial information.

The parties jointly bring this motion.

The parties know of no harm or prejudice to the public interest in shielding "Skylar," "Savannah," "Sally," "Sierra," "Violet," and "Pia's" true identities, location, or settlement receipts, or the Defendant's financial matters from the public record.

**EVIDENCE RELIED UPON**

The parties rely upon the Declarations of Plaintiffs' Counsel Carol L. Hepburn, Jane Doe, court-appointed conservator and mother of "Skylar" and "Savannah," John Doe, court-appointed conservator and father of "Sally," and "Sierra," William L. E. Dussault, court-appointed Settlement Guardian ad Litem for "Violet," Jane Roe, mother of "Pia," the Declaration of Defense Counsel David S. Marshall, and the records and files herein.

The Motion sought to be redacted is attached as Exhibit "1."

**ARGUMENT AND AUTHORITY**

Plaintiffs submit this motion pursuant to Rule 79-5 of the United States District Court Northern District of California Civil Local Rules.

While there is a strong presumption of public access to court records, this presumption may be overcome by demonstrating compelling reasons justifying sealing or partially redacting information. *Kamakana v. City & Cty. of Honolulu,* 447 F.3d 1172, (9th Cir. 2006). Sufficient and compelling reasons may exist where the court records may "become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Bruce v. Azar,* 389 F.Supp.3d 716 (NDCA 2019), quoting *Kamakana, supra* at 1179.

The parties herein establish such compelling reasons as follows:

1. Each Plaintiff is a victim of child sex abuse imagery (CSAM) crimes;

2. The redactions proposed concerning the minors are limited and would only shield the minors' legal names, that of their family members, their physical locations, and the amount of the settlement;

3. Each minor is contemporaneously a victim of continued circulation of CSAM crimes and subject to stalking by offenders; and,

4. Defendant seeks only to seal reference to his personal financial information which would not be in the public record but for the fact that these claims are brought by minors and are uninsured.

It is hard to imagine more compelling reasons for taking an action than protecting children from sexual abuse. Each of these children has already been such a victim and each struggles through life with the tremendous psychological burden of that original abuse and the knowledge that unknown numbers of other offenders take daily pleasure in their pain. Shielding the children from direct contact from such offenders is the primary motive of this motion and the requests from the parents and counsel.

Contemporaneous information as set forth in the declaration of counsel supporting this motion indicates the continued interest of the child pornography consuming community in the material concerning the sexual abuse of these children. The requested redactions are narrowly drawn to only cover the information which would identify them, indicate their present physical locations, and the amount of the settlements.

Defendant's financial information is personal and private to him. Such information in the underlying criminal matter was shielded from public view via the confidential status of the Court's Presentence Report. There is no good reason such information should now be exposed.

1 | The parties are aware of no harm to the public interest should this motion be granted.

2 | RESPECTFULLY submitted, and DATED this 14th day of January, 2021.

3 | CARPENTER, ZUCKERMAN, & ROWLEY

4 |
5 | By  /s John A. Kawai
John A. Kawai, SBN 260120
407 Bryant Circle, Suite F
6 | Ojai, CA 93023
805-272-4001
7 | jk@czrlaw.com

8 |
9 | CAROL L. HEPBURN, P.S.

10 | By  /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
11 | PO Box 17718
Seattle, WA  98127
12 | (206) 957-7272
(206) 957-7273 fax
13 | Email:  carol@hepburnlaw.net

14 |
15 | DEBORAH A. BIANCO, P.S.

16 | By  /s Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
17 | PO Box 6503
Bellevue, WA 98008
18 | Phone: 425-747-4500
19 | Email: deb@debbiancolaw.com

20 | Attorney for Plaintiffs

21 | By /s Mark Stuart Goldrosen
22 | Mark Stuart Goldrosen
23 | Law Offices of Mark S. Goldrosen
255 Kansas Street
24 | Suite 340
San Francisco, CA 94103
25 | (415) 565−9600

1 | Fax: (415) 565−9601
2 | Email: markgoldro@aol.com
3 | and
4 | By__/s David S. Marshall_____
5 | David S. Marshall
  | The Marshall Defense Firm
6 | 1001 4th Ave, #4400
  | Seattle, WA. 98154
7 | 206-826-1400
  | 206-826-1462 fax
8 | david@marshalldefense.com
9 | Attorneys for Defendant Kenneth Breslin