DocuSign Envelope ID: B20871DA-7083-434D-B73F-51231F07B84B

John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO. 4:19-CV-01668-YGR<br><br>DECLARATION OF JANE DOE IN SUPPORT OF JOINT MOTION SEAL PORTIONS OF MOTION TO APPROVE MINOR SETTLEMENTS<br><br>Date:<br>Time:<br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

| | |
|---|---|
| 1  "ANGELA" minor, and "ANDY" | |
| 2                              Plaintiffs, | |
| 3  v. | |
| 4  KENNETH BRESLIN, | |
| 5 | |
| 6                              Defendant. | |

I, Jane Doe, hereby declare as follows:

1. I, Jane Doe, am the mother of the minor plaintiffs "Skylar" and "Savannah" herein and am the person known as "Jane Doe" in this matter. I have been appointed, along with my husband, as co-conservator for the interests of each Skylar and Savannah by the court in our home county. I make this declaration in support of the joint motion to seal portions of joint motion of the parties for approval of the proposed settlement of the claims herein.

2. I respectfully and strongly request that the court grant the motion to protect my daughters' identities from being in the public record through partially sealing portions of the documents supporting their request for approval of this settlement. Skylar and Savannah are still minors and are facing a lot of challenges in trying to grow up to be a responsible people. Our family cannot risk the disruption of these girls possibly knowing that their legal names are in the public record and all the fear and anxiety that would produce. Much less can we risk any of the suspects who download their images trying to contact them.

3. We are concerned for my daughters' emotional as well as their physical safety and that of our other children and our family as a whole. The protection of our daughters and our family is my highest priority and the basis of this request to the court.

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1    I hereby declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct to the best of my knowledge.
3
4    DATED this ___ day of 11/4/2020 _____, 2020.
5
6
7                                              ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                               Jane Doe, co-conservator and mother of Skylar
8                                              and Savannah
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273