DocuSign Envelope ID: A3794596-6528-47D9-888D-55C0E997AB58

1  John A. Kawai, CSBN 260120
   CARPENTER, ZUCKERMAN & ROWLEY
2  407 Bryant Circle, Suite F,
   Ojai, CA 93023
3  Tel:  (805) 272-4001
   Fax:  (805) 719-6858
4  Email: team3@czrlaw.com

5  Deborah A. Bianco, *Pro Hac Vice*
   14535 Bel-Red Road, #201
6  Bellevue, WA 98007
   (425) 747-4500
7  Email: deb@debbiancolaw.com

8  Carol L. Hepburn, *Pro Hac Vice*
   200 First Avenue West, #550
9  Seattle, WA 98119
   Tel: 206) 957-7272
10 Fax: (206) 957-7273
   Email: carol@hepburnlaw.net
11
   Elaine T. Lenahan, *Pro Hac Vice*
12 2655 Villa Creek, Suite 204
   Dallas, Texas 75234
13 Phone: 214-584-6664
   Email: elaine@lenahanlaw.com
14

15 Attorneys for Plaintiffs.

16                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18 "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO. 4:19-CV-01668-YGR<br><br>DECLARATION OF JOHN DOE IN SUPPORT OF JOINT MOTION SEAL PORTIONS OF MOTION TO APPROVE MINOR SETTLEMENTS<br><br>Date:<br>Time:<br>Before the Honorable <u>Yvonne Gonzalez</u> Rogers<br>United States District Court Judge |

25

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

|   |   |
|---|---|
| "ANGELA" minor, and "ANDY"<br><br>                    Plaintiffs,<br><br>v.<br><br>KENNETH BRESLIN,<br><br>                    Defendant. |   |

    I, John Doe, hereby declare as follows:

    1.    I, John Doe, am the father of the minor plaintiffs "Sally" and "Sierra" herein and am the person known as "John Doe" in this matter. I have been appointed, along with my wife, as co-conservator for the interests of each Sally and Sierra by the court in our home county. I make this declaration in support of the joint motion to seal portions of joint motion of the parties for approval of the proposed settlement of the claims herein.

    2.    I respectfully and strongly request that the court grant the motion to protect my daughters' identities from being in the public record through partially sealing portions of the documents supporting their request for approval of this settlement. Sally is still a minor and is facing a lot of challenges is trying to grow up to be a responsible person. Sierra is no longer a minor but she is not able to handle her own affairs nor really function at all as a young adult. A guardianship petition so that we may continue to take care of her. Sierra in particular has had an extremely difficult time in her attempts to learn to follow rules and keep her volatile emotions in check. Our family cannot risk the disruption of these girls possibly knowing that their legal names are in the public record and all the fear and anxiety that would produce. Much less can we risk any of the suspects who download their images trying to contact them.

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

3. We are concerned for my daughters' emotional as well as their physical safety and that of our other children and our family as a whole. The protection of our daughters and our family is my highest priority and the basis of this request to the court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this ___ day of 11/4/2020 _____, 2020.

_____
John Doe, co-conservator and father of Sally and Sierra

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273