John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:   (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO.  3:19-CV-00745-DMS-AGS<br><br>DECLARATION OF WILLIAM L.E. DUSSAULT, AS GUARDIAN AD LITEM FOR "VIOLET," A MINOR, IN SUPPORT OF JOINT MOTION SEAL PORTIONS OF MOTION TO APPROVE MINOR SETTLEMENTS<br><br>Date:<br>Time:<br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

DECLARATION OF WILLIAM L.E. DUSSAULT
AS GAL FOR "VIOLET," A MINOR IN SUPPORT
OF JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

"ANGELA" minor, and "ANDY"

                Plaintiffs,

v.

KENNETH BRESLIN,

                Defendant.

I, William L.E. Dussault, hereby declare as follows:

**1.** I am an attorney with the law firm of Aiken St. Louis & Siljeg, P.S. and make this declaration based on my personal knowledge and belief and am competent to testify to the facts set forth herein.

**2.** I have been licensed to practice law continuously since 1972. A copy of my Curriculum Vitae is attached hereto as Exhibit 1. I am currently licensed and in good standing in the states of Washington and Colorado. I have never been disciplined by any Bar Association and there are no matters currently pending with any Bar Association concerning me.

3. A primary focus of my practice is serving as Litigation Guardian ad Litem or Settlement Guardian Ad Litem in matters involving serious personal injury to minors or other incompetent individuals.

**4.** I was appointed as a Guardian Ad Litem for Violet by the trial court in her home county pursuant to our Court Rule on special proceedings on December 21, 2015. An exemplified copy of this order is attached to my declaration in support of the parties Joint Motion to Approve Minor Settlements. I was also appointed by this court on July 5, 2019 to

DECLARATION OF WILLIAM L.E. DUSSAULT
AS GAL FOR "VIOLET," A MINOR IN SUPPORT
OF JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

serve as Violet's Guardian ad Litem herein to oversee the civil and restitution claims brought and resolved on her behalf due to her status as a minor who is an ongoing victim of child pornography crimes. ECF 24. I have reviewed the Parties' Joint Motion to Partially Seal the Joint Motion for Approval of Minor Settlement and also the Joint Motion for Approval of Minor Settlement and make this declaration in support of the Joint Motion to Partially Seal the Joint Motion for Approval of Minor Settlement.

5. Over the intervening time I have come to understand that she continues to be named as a victim in multiple prosecutions of such crimes. As a part of my responsibilities I have conferred with both Violet's counsel, Carol Hepburn, and with her mother who is her legal custodian. My understanding is that Violet is in a tenuous emotional state.

6. I believe that developmentally it would likely be devastating to her should she have awareness of the extent of the ongoing circulation of the images of her abuse or should there be any attempts to contact her by offenders. Both Violet's mother and her step-father are actively working to protect her from such occurrences and to foster as normal a life for her as possible. Each her mother and step-father request that their daughter's name and their names be redacted from the public record so as to protect her as much as possible. They ask also that the amount of her settlement be redacted in order to protect her from those who would seek to take advantage of her should her identity ever be revealed.

7. It is my opinion as well, and my request of the court, that the Joint Motion to Partially Seal be granted as I believe it to be in the best interests of Violet as set forth above. I am aware of no harm to the public interest in keeping her identity, residence location, and the

DECLARATION OF WILLIAM L.E. DUSSAULT
AS GAL FOR "VIOLET," A MINOR IN SUPPORT
OF JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 3

**C**AROL **L. H**EPBURN**, P.S.**
**A**TTORNEYS AT **L**AW
200 F**IRST** A**VENUE** W, S**UITE** 500
S**EATTLE**, WA 98119
T**EL**: (206) 957-7272 / F**AX**: (206) 957-7273

amount of the settlement confidential.  I have no objection to the redaction of financial information concerning the Defendant.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this <u>4th</u> day of <u>  Nov.  </u>, 2020.

_____
William L.E. Dussault, Guardian Ad Litem for "Violet," a minor

DECLARATION OF WILLIAM L.E. DUSSAULT AS GAL FOR "VIOLET," A MINOR IN SUPPORT OF JOINT MOTION TO SEAL PORTIONS OF MOTION APPROVE MINOR SETTLEMENTS - 4

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273