AIKEN, ST. LOUIS & SILJEG, P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1200
SEATTLE, WASHINGTON 98104
FACSIMILE: 206-623-5764
TELEPHONE: 206-624-2650

WILLIAM L.E. DUSSAULT                                                    BILLD@AIKEN.COM

## WILLIAM L. E. DUSSAULT
### CURRICULUM VITAE
*Emphasizing Law for Persons with Disabilities*

### Education and Bar Admissions

University of Washington, BA, Political Science, History, 1969
University of Washington, Juris Doctor, Law, 1972
Admitted to Washington State Bar, September, 1972
Admitted to Federal District Court, January, 1973
Admitted to United States Supreme Court, September, 1982
Admitted to Colorado State Bar, February, 2007

### Memberships, Appointments

Member, American/Washington/Seattle-King County Bar Associations
Speaker, Brain Injury Association Legal Conference*, 1987 through present
Consultant, Autism Society of America (ASA), formerly National Society for Autistic Children and Adults (NSAC):
  National Professional Advisory Board, 1978-to present
  Chairperson, National By-Laws Committee, 1984-1986
Co-Chair, King County Court 2009 Mandatory Settlement Guardian Ad Litem Training
Member, Washington State Bar Association Rules of Professional Conduct Committee
2003 -2004
Guest lectures, Seattle University Law School National Training for Special Education
  Administrative Law Judges 2002 to 2011
Editorial Board, Journal of Positive Behavior Interventions, 1998 to 2000
Chair, National Human Rights Committee, Association for Retarded Citizens, US (ARC-US) 1989-1991
Member, American College of Legal Medicine (ACLM) 1997-1999
Member, and Vice President for Finance, Board of Directors, Brain Injury Association of
America (BIA -formerly known as National Head Injury Foundation or NHIF), 1996-2001
Contributing Editor, National Structured Settlement Trade Association "White Paper"
  quarterly publication on settlements (1995-1998)
Faculty, Philip E. Heckerling Institute on Estate Planning, University of Miami School of Law, 1995
Mentor, Seattle University School of Law, 1994-1995
Consultant, Guardianship, ARC-US, 1988
Keynote Speaker, National Institute on Special Education and the Law, 1987
Vice-Chairperson, American Bar Association Family Law Committee on Mental Disability 1986-1994
Adjunct Professor, University of Washington School of Law, Disability Law 1986-1994

Wm. L. E. Dussault
*Curriculum Vitae*
Page 2

Member, Future Planning and Insurance Committee, ARC-US, 1986-1988
Member, Board of Directors of Accreditation Council for Services for Mentally Retarded and Other
    Developmentally Disabled Persons (AC MRDD), 1982-1988, Executive Committee, 1986-1988
Consultant, Tourette Syndrome and the Law Workshop, 1986
Consultant, Settlement Trusts, California State Bar All Star Seminar, 1986 and 1987
Keynote speaker, faculty and Executive Board member, Pacific Northwest Special Education and the Law
    Conference, 1984 to 2010
Adjunct Professor, Central Washington University, Department of Special Education, 1982/1984
Consultant, ABA Guardianship/Limited Guardianship Report, 1981
Faculty, University of Washington School of Nursing: Nursing, Law and Ethics, 1978-1994
Judge Pro Tempore, Seattle Municipal Court 1977-1990
Testimony to U.S. Senate: Handicapped Children's Protective Act 1977
Former Counsel, The Association for Persons With Severe Handicaps (TASH) 1975-1995
Washington State Human Rights Commission Advisory Council for the Physically, Mentally and Sensory
    Handicapped, 1974-1976
Keynote speaker, Washington State "You Are the Expert" conferences for parents, 1976-1996
Executive Director, Washington State Developmental Disabilities Planning Commission, 1975-1976
Member, Washington State Superintendent of Public Instruction Committee to review and
revise state Special Education Regulations 1972-1998
Governor's Committee on Employment of the Handicapped, 1972 to 1985
Washington State Special Education Commission, 1972
Washington State Legislative Review Committee, Special Education, 1972
Past President-Founder, Washington Chapter, National Academy for Elder Law Attorneys (NAELA)
Founder, Treasurer and Executive Board Member, COPAA (Council of Parent Advocates and Attorneys)
Board Member, Disability International Foundation
Consultant-Epilepsy Foundation of America—special needs estate planning—video preparation
Consultant-National Association for Down Syndrome —estate planning and special education issues
Former Editorial Board Member, Journal of the Association for Persons with Severe Handicaps (JASH)
Vice-President, Concepts for Independent Living, National Non-Profit Corporation (CIL)
Former President and current Board Member, Lifetime Advocacy Plus (aka LA+, formerly Foundation for
    the Handicapped), a private non-profit Guardianship and Trust agency for handicapped and
    elderly individuals
    Faculty, Emmanuel College, Cambridge University, England, International Institute on Head
Injury and the Law
Guest Lecturer, University of Oregon and Seattle University
Contract Reviewer, Department of Education, Office of Special Education Programs, Washington DC
Senior Rights Assistance Foundation of Washington, Advisory Board
Consultant to Guardianship, Advocacy and Protective Services (GAPS) Program, Oregon
Counsel, Washington Association for Persons with Disabilities
Volunteer, Washington and Colorado State Special Olympics
Director, Washington State Disabilities Political Action Committee (D-PAC)
Washington State Bar Association Civil Rights Committee

Wm. L. E. Dussault
*Curriculum Vitae*
Page 3

[i] Consultant, Bay Area Brain Injury Association*  California
Consultant, Washington State Brain Injury Association*
Appointed as Litigation or Settlement Guardian ad Litem in state or federal courts in
WA, OR, AK, CO

**Honors and Awards**

Received 2012 Award of Merit by the Washington State Bar Association, its highest honor
Selected by Seattle Magazine as one of Seattle's top financial managers, 2010, 2011
Selected by Washington Law and Politics and Butch Blum—one of four best lawyers in Washington
        State, 2003
Selected as one Washington's Best Lawyers, Washington Law & Politics 1999-2009
Life Member, National Registry, Who's Who 2001 Edition
Selected as one of Seattle's Best Lawyers, Seattle Magazine, 2001 issue
Selected as Honored Member, National Directory, Who's Who, 1994

**Authorship**

Co-Author, RCW 28A.13 Washington State Mandatory "Education for All" Law requiring
free appropriate public education for all children with disabilities, 1970
Author, 1975-1977 Washington State Limited Guardianship Act, RCW 11.88 and 11.99; participant on
revisions, 1990/1991
Author, Comprehensive review of all Washington State laws affecting disabled persons (over 500 pages
of proposed legislation, with approximately 200 pages now enacted)
Co-Author, Initial Washington State Regulations on Special Education
Originating author-testamentary special needs trust-1973
Originating author-litigation special needs trust-1976
Co-Author OBRA'93 42 USC 1396p(d)(4)(a)
Authored Northwest Mutual Insurance Co. planning booklet on planning for disability
Chapter author—Legal Issues in Traumatic Brain Injury Rehab—Mark Ashley editor
Author, Best of CLE: Planning for Disability - 1985
Author, "Wills and Trusts - Future Planning Guide for the Parents and Families of Persons With
Disabilities" - 1984
Author, "Establishment and Operation of the Settlement Trust", 1988, and as amended
Co-Author, "How to Provide for Their Future", ARC-US
Author, Future Planning Guide for the Parents and Families of Persons with Disabilities, Washington ARC
Trust Fund and The Foundation for the Handicapped
Author, Numerous Law Review Articles, book chapters, seminar materials, popular articles, etc.,
concerning:
        Malpractice and ethical issues in personal injury settlements
        Special Needs Settlement Trusts

••This organization, which has national and state chapters, was formerly known as the Head Injury Foundation ("HIF" - National
Head Injury Foundation or NHIF, Washington State Head Injury Foundation or WasHIF, etc.)

Wm. L. E. Dussault
*Curriculum Vitae*
Page 4

        Guardianship, Protective Services for the Disabled and the Elderly;
        Special Education
        Law and the Disabled
        Wills and Trusts for individuals with Disability and Family
        Informed Consent
        Ethics and Research with Human Subjects
        Advocacy
        Government Benefits
Presentations on Catastrophic Personal Injury Case Settlements—Ethics and management devices,
        National AAJ - WA, CA, UT, TX, OH, MT, CO, LA ,MI -AAJ formerly Trial Lawyers Associations and
        Defense Research Institute

## Sample Agency Consultations

State of Washington Superintendent of Public Instruction
State of Washington Developmental Disabilities Planning Council
State of Washington Protection and Advocacy Agency
State of Washington Association for Retarded Citizens
State of Washington Developmental Disabilities Residential Service Association
State of Washington Coalition for Special Education
State of Oregon Association for Retarded Citizens
State of Oregon Division of Mental Health
State of Montana Developmental Disabilities Council
State of North Dakota Department of Education
State of Kansas Department of Education
State of Colorado Department of Education
State of Tennessee Protection and Advocacy Agency
Northwest Association of Rehabilitation Industries

**William L.E. Dussault, J.D.**

William L.E. Dussault received his Juris Doctorate from the University of Washington School of Law in 1972. He is a member of the American Bar Association, Washington State Bar Association, Colorado State Bar Association and Seattle-King County Bar Association, and has been admitted to practice in the State of Washington (1972), U.S. Federal District Court (1973), U.S. Supreme Court (1982) and State of Colorado (2006). He maintains a private practice in Seattle with an emphasis on the rights of persons with disabilities. In 1970 Mr. Dussault was the originating author of the first state Mandatory Special Education Law—known as the "Education for All" law, as well as numerous revisions to many state's Guardianship and Conservatorship laws and the original special needs trust for use in estate planning and public benefit preservation for persons who experience disabilities. He was also the originating author of 42 U.S.C. §1396p(d)(4)(A), the federal legislation authorizing use of special needs in conjunction with continuation or establishment of eligibility for certain federal benefit programs. He is actively involved with numerous state and national groups concerned with legal issues impacting persons with disabilities, and has served as counsel to TASH, vice-chair of the American Bar Association Family Law Committee on Mental Disability, and as a legal advisor, committee member or chair for the Autism Society, ARC, UCP, BIA and the Epilepsy Foundation, among others. He was selected as one of Washington's Super Lawyers by *Washington Law & Politics* annually from 1999 through 2006, and by *Washington Law & Politics* and Butch Blum as one of the four best lawyers in Washington State in 2003. In 2013 he was awarded the Washington State Bar Association Award of Merit, the Bar's highest honor. Mr. Dussault is a frequent presenter on special education, disability rights, coordination of public benefits and private resources, estate planning for families affected by disabilities and other related topics.