John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Elaine T. Lenahan, *Pro Hac Vice*
2655 Villa Creek, Suite 204
Dallas, Texas 75234
Phone: 214-584-6664
Email: elaine@lenahanlaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for | NO. 4:19-CV-01668-YGR<br><br>[PROPOSED] AGREED FORM OF JUDGMENT<br><br>Date:<br>Time:<br>Before the Honorable Yvonne Gonzalez Rogers<br>United States District Court Judge |

[PROPOSED] AGREED FORM OF JUDGMENT - 1

|   |   |
|---|---|
| 1 | "ANGELA" minor, and "ANDY" |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | KENNETH BRESLIN, |
| 5 | Defendant. |

     WHEREAS, on <u>February 17</u>, 2021, the Court granted approval of the settlement agreement between:

1. Plaintiffs "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for "ANGELA" minor, and "ANDY"; and

2. Defendant, KENNETH BRESLIN;

     WHEREAS, on <u>February 17</u>, 2021, the Court signed an Order granting final approval of the parties, finding the Settlements to be fair, reasonable, and adequate;

     IT IS HEREBY ORDERED that Judgment shall be entered for the Plaintiffs and against the Defendant as set forth in and in accordance with the Order Approving Minors Settlements dated <u>February 17</u>, 2021, and that Plaintiffs shall take nothing more than what is given in the Order and Settlements, and that the Court retains jurisdiction for purposes of enforcing the Settlements, if necessary.

//
//
//
//

[~~PROPOSED~~] AGREED FORM OF JUDGMENT - 2

This judgment shall bear interest at the federal statutory rate, but interest shall not accrue earlier than 15 days from the date of this order.

Dated and signed in open court this  17th  day of  February , 2021.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] AGREED FORM OF JUDGMENT - 3