John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax: (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, Pro Hac Vice
PO Box 6503
Bellevue, WA 98008
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Maureen, Pia, And Mya

Carol L. Hepburn, Pro Hac Vice
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Skylar, Savannah, Sally, Sierra, Violet, Amy, Erika, Tori, Jenny, and Jessica

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," "SARAH," JANE DOE as court appointed conservator for "SKYLAR" and "SAVANNAH" minors, JOHN DOE as court appointed conservator for "SALLY" and "SIERRA" minors, WILLIAM L.E. DUSSAULT as Guardian ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," "MYA," and "AVA" minors, JANE JONES as next friend for "FIONA" minor, JANE SMITH as next friend for "TORI" minor, "MAUREEN," "AMY," "ERIN," "CASSEAOPEIA," "ERIKA," "JENNY," "CHELSEA," MARY DOE as next friend for "ANGELA" minor, and "ANDY"<br><br>      Plaintiffs,<br>v. | NO.  4:19-CV-01668-YGR<br><br>DECLARATION OF CAROL L. HEPBURN REGARDING SETTLEMENT PAYMENT TO MINOR PIA |

DECLARATION OF CAROL L. HEPBURN
REGARDING STATUS OF SETTLEMENT OF CASE - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  KENNETH BRESLIN,
2                                    Defendant.
3       I, CAROL L. HEPBURN hereby declare as follows:
4       I am one of the attorneys for plaintiffs herein. In response to the Court's Granting Joint
5  Motion for Approval of Minor Settlements of February 17, 2021 ECF # 77 requiring that a blocked
6  account be opened for the Plaintiff Pia herein I have worked with Umpqua Bank, Ballard Branch, in
7  Seattle Washington to obtain a blocked account for the minor. Umpqua Bank has been provided a
8  copy of this court's order. The account was originally opened for receipt of a prior settlement
9  requiring deposit into a blocked account. Umpqua Bank's legal department has approved the
10 opening and maintenance of the account in accordance with the requirements of the orders requiring
11 that there will be no withdrawals absent further order of the court. I am the only signer on the
12 account.
13
14      Attached hereto as Exhibit 1 is a copy of the online page showing the existence of the
15 account and the deposit being made. The account is in Pia's legal name. This document is redacted
16 of full account number and the amount of the deposit consistent with the court's order allowing
17 partial redaction of the identifying and financial information from the Motion to Approve Minor
18 Settlement. I affirm for the court that the account is established for Pia's benefit and that a deposit
19 from the settlement proceeds in the amount stated in the Joint Motion to Approve Minor Settlement
20 has been deposited into the account. No withdrawals from the account will be made absent further
21 order of the court.
22
23      I hereby declare under penalty of perjury under the laws of the United States of America that
24 the foregoing is true and correct to the best of my knowledge.
25

DECLARATION OF CAROL L. HEPBURN
REGARDING STATUS OF SETTLEMENT OF CASE - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

1   DATED this 2nd day of April, 2021.

2

3                                  CAROL L. HEPBURN, P.S.

4                                  By  /s Carol L. Hepburn
                                 Carol L. Hepburn, *Pro Hac Vice*

5                                  PO Box 17718
                                 Seattle, WA  98127

6                                  (206) 957-7272
                                 (206) 957-7273 fax

7                                  Email: carol@hepburnlaw.net
                                 Of Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF CAROL L. HEPBURN
REGARDING STATUS OF SETTLEMENT OF CASE - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273